[No. 20613-1-III.   Division Three.   June 18, 2002.]

BEVERLY CHARPENTIER, *Appellant*, v. R&R RESORT, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 01-2-00229-8, Michael E. Cooper, J., entered October 16, 2001. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney and Kurtz, JJ.

[No. 19460-4-III.   Division Three.   June 20, 2002.]

*In the Matter of the Marriage of* JANICE MARIE BILLINGS, *Appellant*, and JAMES GEORGE BILLINGS, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 97-3-00855-8, Carolyn A. Brown, J., entered June 23, 2000. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Sweeney, J.

[No. 19865-1-III.   Division Three.   June 20, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. KIRK LEROY SARCHET, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 00-1-00920-1, Carolyn A. Brown, J., entered November 3, 2000. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Sweeney, J.

[No. 20099-0-III.   Division Three.   June 20, 2002.]

JOHN W. HARKNESS III, *Appellant*, v. DOLORES HARKNESS, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-2-00685-7, Michael E. Donohue, J., entered March 16, 2001. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Schultheis, J.